# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br>v.<br>Rene ORTIZ | CRIMINAL COMPLAINT<br>CASE NUMBER: 25-8055 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**Threats Against President and Successors to the Presidency**

Between November 5, 2024 and December 5, 2024 Defendant RENE ORTIZ did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President-elect, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence by stating, "I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds" and "Mr. Ortiz will be entitled to shot the incoming fraudulent elected POTUS from 300 or 666 yards away with 666 rounds for an M-16A2 service rifle at the inauguration on Jan 20th, 2025."

In violation of Title 18, United States Code, Section 871.

**See Attachment A, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Abbie Broughton Marsh, AUSA /ABM/

Savanna Shawler, Special Agent, United States Secret Service
Name of Complainant

SSHAWLER  Digitally signed by SSHAWLER
Date: 2025.01.16 13:28:16 -07'00'
Signature of Complainant

Sworn to telephonically before me

1-17-25
Date

at   Phoenix, Arizona
City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## STATEMENT OF PROBABLE CAUSE

Your Affiant, Savanna Shawler, a Special Agent with the United States Secret Service (USSS), being duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is in support of an application for a complaint and warrant for the arrest of RENE ORTIZ who is in violation of 18 U.S.C. § 871.

2. On June 21, 2022, your affiant became employed as a Special Agent with the United States Secret Service (USSS) and attended the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP your affiant was instructed on federal criminal investigations. Following my graduation from FLETC, I attended the Special Agent Training Course at the USSS James J. Rowley Training Center located in Beltsville, Maryland, where your affiant was instructed in dignitary protection and tactics, protective intelligence investigations, basic computer forensics, counterfeit investigations, and fraud investigations, among various other criminal justice topics.

3. Prior to my employment as a Special Agent with the USSS, I was a full-time Intelligence Analyst in the United States Air Force, joining in February 2020. The training included a foundational training of learning discipline and attention to detail followed by training in analytical thinking, among other things. Following my graduation from Air Force training, your affiant worked as Mission Intelligence Coordinator, tasked

1

with locating targets and aiding pilots in using aircraft sensors and conducting strikes on approved targets.

**PROBABLE CAUSE**

4.  This affidavit is in support of an application for a complaint and warrant for the arrest of RENE ORTIZ (ORTIZ).

5.  The facts in this affidavit come from your affiant's personal observations, training, experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

6.  Based upon the statements contained in this affidavit, there is probable cause to believe that between November 5, 2024 and December 5, 2024 ORTIZ threatened to kill the incoming President of the United States, based on the results of the election, in violation of Title 18, United States Code, Section 871.

7.  On November 08, 2024, your affiant learned that an individual (later identified as ORTIZ) delivered a document (Exhibit A) to the Sandra Day O'Connor Courthouse in Phoenix, Arizona on November 5, 2024, which includes a signature line of "Rene Ortiz, United States Marine, Combat Veteran." Exhibit A contained threats towards the incoming President of the United States, including:

- "PLANTIFF(S) MOVES THE COURT TO EXECUTE BY FIRING 6 SHOTS FROM AN M-16 A2 SERVICE RIFLE AT THE WINNER OF

2

THE NEWLY ELECTED POTUS EITHER BEING K.D HARRIS OR D.J TRUMP" (Page 2)

- "I, Rene Ortiz, hereby move the Court to Execute the newly elected POTUS. I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds. The Court and the Defendants were warned to withdraw from their campaign." (Page 2)

- "The execution shall commence 3 days upon notice to the Defendants to this action. The 6 rounds to be shot will be from 300 or 500 yards away from the target."

- "The Plaintiff petitions the Court for him to make an attempt to shot [sic] at the Candidate with a M-16A2 service rifle with a magazine of 3 rounds from a distance of 300 or 500 yards, the rounds targeting the head not the ear of the Candidate." (Page 4)

8.  On November 25, 2024, ORTIZ delivered two additional documents to the Evo A. DeConcini U.S. Courthouse in Tucson, Arizona. Those documents contained the following threat:

- "ANY REFUSAL OF ANY RIGHT, MR. ORTIZ WILL BE ENTITLED TO SHOT THE INCOMING FRAUDULENT ELECTED POTUS FROM 300 OR 666 YARDS AWAY WITH 666 ROUNDS FOR AN M-16A2 SERVICE RIFLE AT THE INAGURATION ON JAN 20TH, 2025."

3

ANY REFUSAL OF ANY RIGHT, MR. ORTIZ WILL BE ENTITLED TO SHOT THE INCOMING FRAUDULENT ELECTED POTUS FROM 300 OR 666 YARDS AWAY WITH 666 ROUNDS FOR AN M-16A2 SERVICE RIFLE AT THE INAUGURATION ON JAN 20TH, 2025.

X_____SECRET SERVICE Agent Signature
X_____Denis McDonough, the United States Secretary of Veterans Affairs;
the Commandants of the United States and Mexican Marine Corps
X_____ General Eric M. Smith
X_____ Admiral José Rafael Ojeda Durán

Thank you for your consideration and attention to this urgent matter.

DATED 15th day of November 2024.

- The document contains RENE ORTIZ signature at the end and typed name "Rene Ortiz."

//

//

//

//

//

//

//

//

//

//

4

9. An additional document contained the below threat:

- "The Plaintiff petitions the Court for him to make an attempt to shot at the Candidate with a M-16A2 service rifle with a magazine of 3 rounds from a distance of 300 or 500 yards, the rounds targeting the head not the ear of the Candidate."

> In light of these circumstances, I propose opportunities for the Court to validate or invalidate the candidate's claims by allowing the Plaintiff, a U.S. Marine who earned a 2nd award of an Expert Badge for marksmanship (DD214) while shooting from a distance of over 500 yards to test-prove or disprove the candidates assertions; The Plaintiff petitions the Court for him to make an attempt to shot at the Candidate with a M-16A2 service rifle with a magazine of 3 rounds from a distance of 300 or 500 yards, the rounds targeting the head not the ear of the Candidate. If proven unfounded, I demand that he withdraw from the election campaign.

- The document contains RENE ORTIZ signature at the end and typed name "Rene Ortiz."

10. On December 5, 2024, your affiant and Special Agent (SA) Brandon Lenzen interviewed ORTIZ at the Secret Service Phoenix Field office. During the interview, ORTIZ admitted to making the threats. When asked if ORTIZ plans to shoot the President Elect, ORTIZ responded, "if my demands are not met." When RENE ORTIZ was asked about how he would obtain a firearm he explained he was not sure. ORTIZ explained his grievance is with the Department of Veteran's Affairs (VA). ORTIZ explained while employed at the VA they promised to pay for his schooling if he

quit working for them. ORTIZ quit working at the VA and began school but has not been reimbursed for his education.

## CONCLUSION

11.  Your affiant submits that this affidavit supports probable cause for a Complaint charging this offense and a warrant for the arrest of RENE ORTIZ.

Respectfully submitted,

SSHAWLER  Digitally signed by SSHAWLER
Date: 2025.01.16 13:29:02 -07'00'

Savanna Shawler
Special Agent, United States Secret Service

SUBSCRIBED and SWORN to before me on
17th day of January 2025

JOHN Z. BOYLE
United States Magistrate Judge

6

# Exhibit A

```
__  FILED       __ LODGED
__ RECEIVED     __ COPY

     NOV 0 5 2024

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

1  Plaintiff(s), Candidate for the Oval Office
   RENE ORTIZ, PAG, U.S. Marine Combat Veteran Represented by
2  Department of Veterans Affairs, (VA), Commandant of the Marine Corps,
   The American Federation of Government Employees (AFGE)
3  Veterans of Foreign Wars, (VFW)
   The United States Attorneys General, Sacramento Office (USAG) and
4  The Law Offices of *"Alpha Zulu"* (*Undisclosed due to Confidentiality & Privacy*)

5  El Municipio de Sáric Sonora México,
6  El Estado de Sonora, México,
   Estados Unidos Mexicanos:
7
   Joseph R. Biden Jr., President of the United States
8  Claudia Sheinbaum Pardo President of Mexico
9  Kamala D. Harris, Vice President of the United States

10 Attorneys/representative(s) for Plaintiff(s):
   Lewis Brisbois Bisgaard & Smith LLP:
11 Attorneys- Stephen Heald Turner #89627  Email: stephen.turner@lewisbrisbois.com;
   Larissa Guerrero Nefulda #201903, Email: larissa.nefulda@lewisbrisbois.com
12
13 Attorneys, Tutelary, Caretaker for Plaintiff(s), Veteran, and/or Fiduciary

14 Maria Del Socorro Ortiz

15 Camille Stroughter
   Oakland VA Regional Office Counsel
16
17 PHILLIP A. TALBERT
   United States Attorney
18
   W. DEAN CARTER
19 Assistant United States Attorney
   E-mail: dean.carter@usdoj.gov
20 Telephone: (916) 554-2781
   Facsimile: (916) 554-2900
21
   JOSEPH B. FRUEH
22 Assistant United States Attorney
   E-mail: joseph.frueh@usdoj.gov
23 Telephone: (916) 554-2702
   501 I Street, Suite 10-100
24 Sacramento, CA 95814

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ortiz et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Harris et al., <br><br> Defendants. | Case No. CV-24-2416-PHX-DWL <br> Case No. CV-24-2417-PHX-JAT <br><br> ** Plaintiff(s) Moves The Court To Execute By Firing 6 Shots From An M-16 A2 Service Rifle At The Winner Of The Newly Elected POTUS Either Being K.D. Harris or D.J. Trump ** <br><br> Judge: Hon. Dominic W Lanza or Senior Judge James A Teilborg <br> Date: November 6th, 2024 <br> Time: 10:00am <br> Crtrm.: TBD, No.___, Floor <br> Complaint Filed: September 13, 2024 <br> Trial Date: TBD |

**TO THE HONORABLE COURT:**

I, Rene Ortiz, hereby move the Court to Execute the newly elected POTUS. I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds. The Court and the Defendants were warned to withdraw from their campaign.

I also move the court to prosecute the loser for refusing or failing to enforce the *Rule of Law*. The winner and loser will be prosecuted under the Uniform Code of Military Justice.

Complaint/VA Claim Injunction
Statement in Support of a Claim- 2

The Court is hereby ordered to notify the Defendants, the POTUS Candidates, of this action to be taken, ignorance of the Rule of Law is no excuse.

The execution shall commence 3 days upon notice to the Defendants as to this action. The 6 rounds to be shot will be from 300 or 500 yards away from the target.

**CONCLUSION:**

In conclusion, I respectfully request a Hearing by Special Appearance to address the Court's unwillingness to notify the Defendants or take action to reaffirm my Rights in this matter.

Thank you for your consideration and attention to this urgent matter.

DATED this 5th day of November 2024.

Respectfully submitted,

*El Sariqueño*

Rene Ortiz, United States Marine, Combat Veteran

```
                                                            ┌─────────────────────────┐
                                                            │ ✓ FILED      ___ LODGED │
                                                            │ ___ RECEIVED ___ COPY   │
                                                            │                         │
                                                            │      NOV 0 5 2024       │
                                                            │                         │
                                                            │  CLERK U S DISTRICT COURT│
                                                            │    DISTRICT OF ARIZONA  │
                                                            │  BY_____ VD DEPUTY│
                                                            └─────────────────────────┘
```

1  Plaintiff(s), Candidate for the Oval Office
2  RENE ORTIZ, PAG, U.S. Marine Combat Veteran Represented by
   Department of Veterans Affairs, (VA), Commandant of the Marine Corps,
3  The American Federation of Government Employees (AFGE)
   Veterans of Foreign Wars, (VFW)
4  The United States Attorneys General, Sacramento Office (USAG) and
   The Law Offices of *"Alpha Zulu"* (Undisclosed due to Confidentiality & Privacy)

5  El Municipio de Sáric Sonora México,
6  El Estado de Sonora, México,
7  Estados Unidos Mexicanos:

   Joseph R. Biden Jr., President of the United States
8  Claudia Sheinbaum Pardo President of Mexico
9  Kamala D. Harris, Vice President of the United States

10 Attorneys/representative(s) for Plaintiff(s):
   Lewis Brisbois Bisgaard & Smith LLP:
11 Attorneys- Stephen Heald Turner #89627   Email: stephen.turner@lewisbrisbois.com;
12 Larissa Guerrero Nefulda #201903, Email: larissa.nefulda@lewisbrisbois.com

13 Attorneys, Tutelary, Caretaker for Plaintiff(s), Veteran, and/or Fiduciary

14 Maria Del Socorro Ortiz

15 Camille Stroughter
   Oakland VA Regional Office Counsel
16

17 PHILLIP A. TALBERT
   United States Attorney
18
   W. DEAN CARTER
19 Assistant United States Attorney
   E-mail: dean.carter@usdoj.gov
20 Telephone: (916) 554-2781
   Facsimile: (916) 554-2900
21
   JOSEPH B. FRUEH
22 Assistant United States Attorney
   E-mail: joseph.frueh@usdoj.gov
23 Telephone: (916) 554-2702
   501 I Street, Suite 10-100
24 Sacramento, CA 95814

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ortiz et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Harris, et al., <br><br> Defendants. | Case No. CV-24-2416-PHX-DWL <br> Case No. CV-24-2417-PHX-JAT <br><br> ** Plaintiff(s) challenges the Popular & Electoral College Vote(s) of The 2024 Presidential & Vice-Presidential Election Between K.D. Harris & D.J. Trump; A Hearing For A Special Appearance By all POTUS Candidates, Plaintiff(s), Defendant(s) and Counsel(s) Is Called and Required ** <br><br> Judge: Hon. Dominic W Lanza or Senior Judge James A Teilborg <br> Date: November 6th, 2024 <br> Time: 10:00am <br> Crtrm.: TBD, No.___, Floor <br> Complaint Filed: September 13, 2024 <br> Trial Date: TBD |

**TO THE HONORABLE COURT: **

I, Rene Ortiz, respectfully submit this challenge under the U.S. Constitution and applicable federal laws, including the Federal Rules of Civil Procedure (FRCP), Rule 5.1. I contest the Popular and Electoral College Votes for the election of the President and Vice President based on the candidates' unsuitability for office.

I assert that these candidates possess dishonorable and dishonest character traits, have failed to uphold and enforce the *Rule of Law*, and have engaged in acts that amount to fraud,

thereby vitiating the legitimacy of the 2024 Election. Consequently, I request that the Court declare the election null and void immediately.

Given the candidates' unsuitability, their frequent misrepresentation of facts to the electorate, and their refusal to uphold the *Rule of Law*, they should withdraw from the election. Furthermore, I urge the Court to appoint a suitable individual for the position, due to the fact that We the people cannot accept the Popular and EC Vote(s). Should any voter cast a vote for such candidates, the current legal framework implies that they must face incarceration without due process or the possibility of parole. This scenario has been precipitated by the actions of the candidates themselves, and thus, the enforcement of the *Rule of Law* must be upheld.

Additionally, I contest the claims made by one candidate regarding alleged assassination attempts against him. I assert that these claims are false representations — a hoax perpetuated by him and his staff. Such statements (and reports, by the media) lack credibility and serve as examples of manipulation, misrepresentation- (*An untrue statement of fact. An incorrect or false representation. That which, if accepted, leads the mind to an apprehension of a condition other and different from that which exists. Colloquially it is understood to mean a statement made to deceive or mislead.* ("*Zackwik v. Hanover Fire Ins. Co.*", Mo. App., 225 S.W. 135, 138.) that intended to garner unwarranted sympathy from voters. A true character and workings of a fraudster or "magician".

Complaint/VA Claim Injunction
Statement in Support of a Claim- 3

Furthermore, I challenge the candidate's assertion that he was merely the subject of a "patsy" shooter, echoing the tragic history of President John F. Kennedy's assassination. The candidate's narrative is inconsistent with historical events that have demonstrably shown that skilled marksmen can accurately target a moving individual from significant distances under far less precarious conditions.

In light of these circumstances, I propose opportunities for the Court to validate or invalidate the candidate's claims by allowing the Plaintiff, a U.S. Marine who earned a 2nd award of an Expert Badge for marksmanship (DD214) while shooting from a distance of over 500 yards to test-prove or disprove the candidates assertions; The Plaintiff petitions the Court for him to make an attempt to shot at the Candidate with a M-16A2 service rifle with a magazine of 3 rounds from a distance of 300 or 500 yards, the rounds targeting the head not the ear of the Candidate. If proven unfounded, I demand that he withdraw from the election campaign.

Moreover, I challenge the professional qualifications and legal authority of the candidate claiming to be a prosecutor. I contend that her failure or refusal to uphold the *Rule of Law* serves as grounds for potential prosecution under applicable military law, as all candidates, plaintiffs, defendants, and their attorneys are subject and under the jurisdiction of the Uniform Code of Military Justice (UCMJ). Matter of fact, the "Prosecutor" failed or refused to plead or otherwise defend this action proves her ineptness, unsuitable for the Highest Office, the Enforcer of the *Rule of Law*. If any person- particularly an attorney at law,

cannot answer a charge against him/her, that attorney should be disbarred and or removed from employment as an attorney, especially against a Pro Se/Socio opponent.

The Plaintiff moves the Court for a Hearing by Special Appearance involving all respective parties to clarify their positions and any potential non-judicial punishment options or court-martial proceedings that may commence against them.

I express concern that the U.S. Government, through its branches, has shown a lack of understanding or willingness to enforce the *Rule of Law*, thereby failing its citizens who seek justice. The failure to provide a resolution for Grievance(s) further exacerbates the erosion of public confidence in Government processes.

I urge the Court to convene a meeting (through a hearing) with the leadership of the U.S. Government, including President Joseph R. Biden Jr., Chief Justice of the Supreme Court, and the Speaker of the House, Mike Johnson. This dialogue should encompass the leadership's willingness to acknowledge their shortfalls and consider a transition of power in light of their failures.

If the Defendants or the Court assert that my claims are null due to the erroneous closure of this case, I demand the evidence used to substantiate this closure be presented for examination in a Court of Law, all accusers must present themselves by Special Appearances. It is important to remind all parties that the closure of a case does not absolve individuals of their wrongful conduct, nor does it impede the right to petition for redress of grievances.

Even though the Court erroneously and illegally closed this Case, the issue before the Court is- the enforcement and upholding of the *Rule of Law*; and respecting a citizens' 1st Amendment Right to petition the Government for redress of their Grievances. If the POTUS Candidates nor the Court have knowledge of what and how the *Rule of Law* works, do not understand, nor is willing to enforce and/or uphold the *Rule of Law*, then We the People, nor the EC cannot Vote a person into an Office of Honor, who is not able to legitimately govern the *Rule of Law* and respect the citizens it must care for and defend.

CONCLUSION:

In conclusion, I respectfully demand a Hearing by Special Appearance to address the Court's unjust actions and affirm my rights in this matter.

Thank you for your consideration and attention to this urgent matter.

DATED this 5th day of November 2024.

Respectfully submitted,

*El Sariqueño*

Rene Ortiz, United States Marine, Combat Veteran

Complaint/VA Claim Injunction
Statement in Support of a Claim- 6