1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   ABBIE BROUGHTON MARSH
3  Assistant United States Attorney
   California State Bar No. 226680
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: abbie.broughton.marsh@usdoj.gov
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Rene Ortiz,<br><br>　　　　Defendant. | No. CR-25-00153-PHX-DGC (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 871<br>(Threat Against President and Successors to the Presidency)<br>Counts 1 and 3<br><br>18 U.S.C. § 879<br>(Threat Against Former Presidents)<br>Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about November 5, 2024, in the District of Arizona and elsewhere, the defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 1] with the intent to communicate a true threat of violence and with reckless disregard as to whether the communication would be viewed as a true threat of violence by stating, "I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds."

All in violation of Title 18, United States Code, Section 871.

## COUNT 2

On or about November 5, 2024, in the District of Arizona and elsewhere, the defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 2], with the intent to communicate a true threat of violence and with reckless disregard as to whether the communication would be viewed as a true threat of violence by lodging a document in Federal Court which stated, "I chose to execute the newly elected POTUS by firing an M-16A2 Service Rifle with a magazine of 6 rounds."

All in violation of Title 18, United States Code, Section 879.

## COUNT 3

On or about November 25, 2024, in the District of Arizona and elsewhere, the defendant, RENE ORTIZ, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon [Victim 2], with the intent to communicate a true threat of violence and with reckless disregard as to whether the communication would be viewed as a true threat of violence by lodging a document in Federal Court which stated, "Mr. Ortiz will be entitled to shot the incoming fraudulent elected POTUS from 300 or 666 yards away with 666 rounds for an M-16A2 service rifle at the inauguration on Jan 20, 2025."

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 4, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ABBIE BROUGHTON MARSH
Assistant U.S. Attorney